JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VAHE KHACHATOURIAN, <br><br> Plaintiff, <br><br> v. <br><br> HACIENDA LA PUENTE UNIFIED SCHOOL DISTRICT; HACIENDA LA PUENTE UNIFIED SCHOOL DISTRICT POLICE DEPARTMENT; MAUREEN SCANLON; ROBERT CASPER; FERNANDO SANCHEZ; DANIEL MONARREZ; WILLIAM ROBERTS; ROBERT BARBA; and DOES 1 Through 10, Inclusive, <br><br> Defendants. | NO. CV 10-08436 SJO (RZx) <br><br> **JUDGMENT IN FAVOR OF DEFENDANTS MAUREEN SCANLON, ROBERT CASPER, FERNANDO SANCHEZ, DANIEL MONARREZ, WILLIAM ROBERTS, and ROBERT BARBA** |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

This matter came before the Court on Defendants MAUREEN SCANLON, ROBERT CASPER, FERNANDO SANCHEZ, DANIEL MONARREZ, WILLIAM ROBERTS, and ROBERT BARBA's Motion for Summary Judgment or, in the Alternative, Summary Adjudication of Issues ("Motion"), filed August 22, 2011.  (Docket No. 37.)  Having reviewed and considered the pleadings and evidence submitted in support of and in opposition to the Motion, the Court finds

1  that the pleadings, discovery, and disclosure materials on file, including the declarations submitted
2  by the parties, show that there is no genuine issue as to any material fact and that Defendants are
3  entitled to judgment as a matter of law.  The Court grants Defendants' Motion against Plaintiff
4  Vahe Khachatourian ("Plaintiff").
5       IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that summary judgment shall be,
6  and hereby is, entered in favor of Defendants MAUREEN SCANLON, ROBERT CASPER,
7  FERNANDO SANCHEZ, DANIEL MONARREZ, WILLIAM ROBERTS, and ROBERT BARBA as
8  to all claims.
9       IT IS SO ADJUDGED.

11  Dated: January 24, 2012.

*S. James Otero*

S. JAMES OTERO
UNITED STATES DISTRICT JUDGE